**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabina Carol Francois,       ) | CV 13-01964 PHX PGR |
| )  Plaintiff,                ) | |
| vs.                          ) | **ORDER** |
| )                            ) | |
| Jeh Johnson, et al.,         ) | |
| )  Defendants.               ) | |

Before the Court is Plaintiff's motion for reconsideration. (Doc. 31.) On April 22, 2014, the Court granted Defendants' motion to dismiss and denied Plaintiff's cross-motion for summary judgment. (Doc. 29.) Pursuant to LRCiv. 7.2(g), Plaintiff asks the Court to reconsider its order, asserting that the Court did not address her cause of action for mandamus relief or her request for *nunc pro tunc* relief. (Doc. 31.)

Contrary to Plaintiff's assertion, the Court addressed and denied her mandamus claim, on the grounds that the Court did not have jurisdiction over the claim and that Plaintiff failed to establish she was entitled to the "extraordinary remedy" of mandamus relief. (Doc. 29 at 7, 12.) With respect to Plaintiff's request for *nunc pro tunc* relief, in which she seeks "a judicial declaration that she is a lawful permanent resident," the Court finds there have been no agency errors that "deprived [Plaintiff] of the opportunity to seek a particular form of deportation relief." *Edwards v. Immigration & Naturalization Serv.*, 393 F.3d 299, 309 (2d Cir. 2004).

1 Accordingly,

2 IT IS ORDERED denying Plaintiff's motion for reconsideration. (Doc.31.)

3 DATED this 12th day of May, 2014.

```
                          Paul G. Rosenblatt
                          United States District Judge
```