**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sabina Carol Francois, | ) | CV 13-01964-PHX-PGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Jeh Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's motion for reconsideration (Doc. 33) of the Court's order denying Plaintiff's motion for reconsideration of the Court's order granting Defendants' motion to dismiss. Plaintiff's motion is not based on a showing of manifest error or new facts or legal authority. LRCiv. 7.2(g). Instead, it repeats facts and arguments the Court has already considered, twice. *See United States v. Rezzonico*, 32 F.Supp.2d 1112, 1116 (D.Ariz. 1998) (motions for reconsideration should not ask the court to "rethink what the court has already thought through—rightly or wrongly.").

Accordingly,

IT IS ORDERED denying Plaintiff's motion for reconsideration (Doc. 33).

DATED this 20th day of May, 2014.

Paul G. Rosenblatt
United States District Judge