**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabina Carol Francois, ) | CV 13-01964-PHX-PGR |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Jeh Johnson, et al., ) | |
| Defendants. ) | |

Before the Court is Plaintiff's third motion for reconsideration (Doc. 35), this one asking the Court to reconsider its order denying Plaintiff's second motion for reconsideration. (*See* Docs. 29–34.) The motion fails under LRCiv. 7.2(g).

Accordingly,

IT IS ORDERED denying Plaintiff's motion for reconsideration (Doc. 35).

DATED this 2nd day of June, 2014.

Paul G. Rosenblatt
United States District Judge